JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEPIRE, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION LLC, <br><br> Defendant. | Case No. 2:23-cv-10116-AB-AS <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 12, 2024

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.